IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| Trine C. Hyde, individually and on behalf of all others similarly situated, | * * * * |
| Plaintiff, | * **Case No.** 1:05-cv-00317 (RDB) |
| v. | * * |
| RDA, Inc. t/a Easterns Automotive Group, et al., | * * * |
| Defendants. | * * * * |

## ORDER GRANTING PLAINTIFF LEAVE TO FILE AN AMENDED COMPLAINT

Upon consideration of the Motion for Leave to file an Amended Complaint filed by the Plaintiff Trine C. Hyde, the defendant asserting no opposition, the Court finds that leave should be granted.

IT IS ORDERED that the Plaintiff is granted leave to file an Amended Complaint.

_____
Richard D. Bennett
United States District Judge